IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br>    Plaintiff,<br>v.<br><br>DEREK BROWN, in his official capacity as Attorney General of Utah; KATHERINE HASS, in her official capacity as the Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>    Defendants. | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR PRELIMINARY INJUNCTION**<br><br>2:26-cv-00094-RJS-DAO<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Having considered the Plaintiff's Motion for Leave to File Overlength Motion for Preliminary Injunction,[1] and good cause appearing, the Motion is GRANTED.[2] Defendants' response memorandum page limit is extended to 44 pages.

SO ORDERED this 9th day of February 2026.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 5, *Plaintiff's Unopposed Motion for Leave to File Overlength Motion for Preliminary Injunction*.

[2] Dkt. 5.