DAVID N. WOLF (6688)
ANIKKA HOIDAL (16489)
LANCE SORENSON (10684)
OFFICE OF THE UTAH ATTORNEY GENERAL
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
ahoidal@agutah.gov
lancesorenson@agutah.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, *Plaintiff,* v. DEREK BROWN, in his official capacity as Attorney General of Utah; KATHERINE HASS, in her official capacity as the Director of the Division of Consumer Protection of the Utah Department of Commerce, *Defendants.* | **JOINT MOTION AND STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE** Case No. 2:26-cv-00094-TC-DAO Judge Tena Campbell Magistrate Judge Daphne A. Oberg |

Defendants Derek Brown, in his official capacity as the Attorney General of Utah, Katherine Hass, in her official capacity as the Director of the Division of Consumer Protection of the Utah Department of Commerce, and Plaintiff Computer & Communications Industry Association, hereby stipulate and jointly submit this motion for an order setting a briefing

schedule on Plaintiff's Motion for a Preliminary Injunction (ECF No. 16). Good cause exists to grant this scheduling order based upon the litigation calendars of the parties' respective counsel.

The parties stipulate and agree to the following briefing schedule:

- Defendants' Memo. in Opp. to Pl.'s Mot. for Preliminary Inj.     **Due: March 16, 2026**

- Plaintiff's Reply in Support of Mot. for Prelim. Inj.     **Due: April 6, 2026**

The parties further stipulate and agree that, to the extent Defendants have enforcement authority, Defendants will agree to forbear enforcement of Utah Code § 13-76-201 & 202 ("the Statute") until such time as this Court resolves Plaintiff's Motion for Preliminary Injunction ("Period of Forbearance"). Defendants shall not take enforcement action or otherwise assess liability pursuant to the Statute for any conduct by Plaintiff or Plaintiff's members that occurred during the Period of Forbearance.

A proposed Scheduling Order is submitted simultaneously herewith.

DATED: February 23, 2026.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ Lance Sorenson
LANCE SORENSON
Assistant Utah Attorney General
*Attorney for Defendants*

/s/ Elizabeth Sharkey
ELIZABETH SHARKEY
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, the foregoing *Stipulated Briefing Scheduling Order,* was filed using the Court's electronic filing system, which gave notice to the following:

**Brian Willen**
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation 31 West 52nd Street, Fifth Floor New York, New York 10019
Telephone: (212) 999-5800
bwillen@wsgr.com

**Deno Himonas (5483)**
**Elizabeth Sharkey (18655)**
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation 95 South State Street, Suite 1000 Salt Lake City, Utah 84111
Telephone: (801) 401-8510
dhimonas@wsgr.com esharkey@wsgr.com

**Lauren Gallo White**.
WILSON SONSINI GOODRICH & ROSATI Professional Corporation
One Market Plaza, Spear Tower, Suite 3300 San Francisco, California 94105 Telephone: (415) 947-2158
lwhite@wsgr.com

**Edward Percarpio**
WILSON SONSINI GOODRICH & ROSATI Professional Corporation
1700 K Street NW, Fifth Floor Washington, D.C. 20006 Telephone: (202) 973-8800
epercarpio@wsgr.com

*/s/ Asia Reid*
ASIA REID
Paralegal