DAVID N. WOLF (6688)
ANIKKA HOIDAL (16489)
LANCE SORENSON (10684)
OFFICE OF THE UTAH ATTORNEY GENERAL
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
ahoidal@agutah.gov
lancesorenson@agutah.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DEREK BROWN, in his official capacity as Attorney General of Utah; KATHERINE HASS, in her official capacity as the Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>*Defendants*. | **[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:26-cv-00094-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

The Court, having reviewed the Parties' Joint Motion and Stipulation for Order Setting Briefing Schedule, and for good cause appearing, hereby **GRANTS** the Motion and **ORDERS** the following:

- Defendants' Opp. to Pl.'s Motion for Prelim. Inj. will be submitted by: **March 16, 2026**.

- Plaintiff's Reply in Support of Motion for Prelim. Inj will be submitted by: **April 6, 2026**.

Defendants are ordered to forbear enforcement of Utah Code § 13-76-201 & 202 (the "Statute") until such time as this Court resolves Plaintiff's Motion for Preliminary Injunction ("Period of Forbearance"). To the extent they have enforcement authority, Defendants shall not take enforcement action or otherwise assess liability pursuant to the Statute for any conduct by Plaintiff or Plaintiff's members that occurred during the Period of Forbearance.

DATED: _____.

BY THE COURT:

_____
HONORABLE TENA CAMPBELL
United States District Judge

Approved as to Form

*/s/ Elizabeth Sharkey*
Elizabeth Sharkey
Counsel for Plaintiff