IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DEREK BROWN, in his official capacity as Attorney General of Utah; KATHERINE HASS, in her official capacity as the Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION AND STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:26-cv-00094<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

The Court, having reviewed the Parties' Joint Motion and Stipulation for Order Setting Briefing Schedule, and for good cause appearing, hereby GRANTS the Motion and ORDERS the following:

    1.    The Defendants' Opposition to the Plaintiff's Motion for Preliminary Injunction will be submitted by March 16, 2026.

    2.    The Plaintiff's Reply in Support of Motion for Preliminary Injunction will be submitted by April 6, 2026.

    3.    The Defendants are ordered to forbear enforcement of Utah Code § 13-76-201 & 202 (the "Statute") until such time as this Court resolves Plaintiff's Motion for Preliminary Injunction ("Period of Forbearance"). To the extent they have enforcement authority, the

Defendants shall not take enforcement action or otherwise assess liability pursuant to the Statute for any conduct by the Plaintiff or the Plaintiff's members that occurred during the Period of Forbearance.

DATED this 24th day of February, 2026.

BY THE COURT:

Tena Campbell
United States District Judge