Adam S. Sieff*
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

Abigail B. Everdell*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6468
abigaileverdell@dwt.com

David C. Reymann (UT Bar No. 8495)
Kade N. Olsen (UT Bar No. 17775)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
dreymann@parrbrown.com
kolsen@parrbrown.com

Ambika Kumar*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

David M. Gossett*
Celyra I. Myers*
Azeezat Adeleke*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200
davidgossett@dwt.com
celyramyers@dwt.com
azeezatadeleke@dwt.com

*Attorneys for Plaintiffs in related case*
*\*Admitted pro hac vice in related case*

FILED
2026 MAR 9 AM 9:59
CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>DEREK BROWN, in his official capacity, and KATHERINE HASS, in her official capacity,<br><br>    Defendants. | **STIPULATED MOTION TO TRANSFER RELATED CASE**<br><br>Case No. 2:26-cv-94-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 83-2(e), Plaintiffs and Defendants in the related case pending in this district entitled *M.M., et al. v. Derek Brown and Katie Hass*, Case No. 2:26-cv-125-JNP-DBP (D. Utah) (the "Related Case"), hereby stipulate and agree that the Related Case should be transferred

to the Honorable Tena Campbell, who is currently assigned to this case. Plaintiff in this case does not object to this transfer. The basis for this Motion is as follows:

    1.    On February 11, 2026, Plaintiffs in the Related Case initiated that action, which is currently assigned to the Honorable Jill N. Parrish. The Related Case has a higher case number than this action, which was filed on February 5, 2026.

    2.    Both this action and the Related Case challenge the same Utah statute, the App Store Accountability Act, Utah Code § 13-76-101, *et seq.* (the "Act"), and involve substantial "common question[s] of law and fact." DUCivR 83-2(e)(1).[1] The primary difference between this action and the Related Case is that the Plaintiff in this action is an industry trade group, while Plaintiffs in the Related Case are individuals who use the regulated app stores to access and share information and expression. The substantive constitutional issues in both cases are substantially the same.

    3.    For these reasons, the parties stipulate and agree that judicial efficiency and the need to avoid inconsistent judgments will be served by having both cases heard and decided by the same judge. Because the above-captioned action is "the lowest-numbered case," *id.*, the Related Case parties file this Motion in this action and request that the Related Case be transferred to Judge Campbell.

A proposed Order is submitted herewith. Notice of this Motion has been filed in the Related Case.

---

[1] *Compare* Complaint in this case (Dkt. 1) *with* Complaint in Related Case (Dkt. 1). Because both actions were initiated in the Central Division, the "lowest-numbered case" is also the "earliest-filed case." *See* General Order No. 25-007.

STIPULATED AND AGREED this 9th day of March 2026.

*/s/ David C. Reymann*

**DAVIS WRIGHTTREMAINE LLP**
Adam S. Sieff
Abigail Everdell
Ambika Kumar
David M. Gossett
Celyra I. Myers
Azeezat Adeleke

**PARR BROWN GEE & LOVELESS**
David C. Reymann
Kade N. Olsen

*Attorneys for Plaintiffs in Related Case*


*/s/ Lance F. Sorenson* (with permission by email)

**UTAH ATTORNEY GENERAL'S OFFICE**
Lance F. Sorenson
Anikka Hoidal

*Attorneys for Defendants in Related Case*