DEREK BROWN (10476)
Utah Attorney General
DAVID N. WOLF (6688)
ANIKKA HOIDAL (16489)
LANCE SORENSON (10684)
Assistant Attorneys General
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
ahoidal@agutah.gov
lancesorenson@agutah.gov

*Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>DEREK BROWN, in his official capacity as Attorney General of Utah; KATHERINE HASS, in her official capacity as the Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>*Defendants.* | **JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:26-cv-00094-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Defendants Derek Brown, in his official capacity as the Attorney General of Utah,

Katherine Hass, in her official capacity as the Director of the Division of Consumer Protection of

the Utah Department of Commerce, and Plaintiff Computer & Communications Industry Association, stipulate and jointly submit this motion to extend the time for Defendants to respond to Plaintiff's Complaint (ECF No. 1) and Motion for Preliminary Injunction (ECF No. 16). The parties request that the Court extend the current deadlines by 30 days. *See* ECF No. 23 (Court order granting joint motion for extension of time for briefing on Plaintiffs' Motion for a Preliminary Injunction); *see also* ECF Nos. 9, 10 (waivers of service). Good cause exists to grant this extension because the Utah Legislature recently passed H.B. 498 S2, Utah App Store Accountability Act Amendments, that, if enacted, may affect this case.

The parties stipulate and agree to extend the current deadlines as follows:

- Defendants' Memo. in Opp. to Pl.'s Mot. for Preliminary Inj.   **Due: April 15, 2026**
- Plaintiff's Reply in Support of Mot. for Prelim. Inj.   **Due: May 6, 2026**
- Defendants' Response to Complaint   **Due: May 6, 2026**

The parties further stipulate and agree that, to the extent Defendants have enforcement authority, Defendants will agree to forbear enforcement of Utah Code § 13-76-201 & 202 ("the Statute") until such time as this Court resolves Plaintiff's Motion for Preliminary Injunction ("Period of Forbearance"). Defendants shall never take enforcement action or otherwise assess liability pursuant to the Statute for any conduct by Plaintiff or Plaintiff's members that occurred during the Period of Forbearance.

A proposed order is submitted herewith.

DATED: March 16, 2026.

Derek Brown

Utah Attorney General

*/s/ Anikka Hoidal*
Anikka Hoidal
David Wolf
Assistant Utah Attorney General
*Attorney for Defendants*

*/s/ Elizabeth Sharkey**
ELIZABETH SHARKEY
*Counsel for Plaintiffs*
*Signed with permission granted via email

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, the foregoing *Joint Motion and Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Complaint and Motion for Preliminary Injunction,* was filed using the Court's electronic filing system, which gave notice to the following:

**Brian Willen**
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation 31 West 52nd Street,
Fifth Floor New York, New York 10019
Telephone: (212) 999-5800
bwillen@wsgr.com

**Deno Himonas (5483)**
**Elizabeth Sharkey (18655)**
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation 95 South State Street,
Suite 1000 Salt Lake City, Utah 84111
Telephone: (801) 401-8510
dhimonas@wsgr.com esharkey@wsgr.com

**Lauren Gallo White**.
WILSON SONSINI GOODRICH & ROSATI Professional Corporation
One Market Plaza, Spear Tower,
Suite 3300 San Francisco, California 94105 Telephone: (415) 947-2158
lwhite@wsgr.com

**Edward Percarpio**
WILSON SONSINI GOODRICH & ROSATI Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C. 20006 Telephone: (202) 973-8800
epercarpio@wsgr.com

*/s/ Mariann Christesen*
Mariann Christesen
Legal Assistant