Derek Brown
Utah Attorney General
David N. Wolf (6688)
Anikka Hoidal (16489)
Lance Sorenson (10684)
Assistant Attorneys General
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
ahoidal@agutah.gov
lancesorenson@agutah.gov

*Counsel for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, <br><br> *Plaintiff,* <br><br><br> v. <br><br><br> DEREK BROWN, in his official capacity as Attorney General of Utah; KATHERINE HASS, in her official capacity as the Director of the Division of Consumer Protection of the Utah Department of Commerce, <br><br><br> *Defendants*. | **STIPULATED VOLUNTARY DISMISSAL** <br><br> Case No. 2:26-cv-00094-TC-DAO <br><br><br> Judge Tena Campbell <br><br> Magistrate Judge Daphne A. Oberg |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through undersigned counsel,

hereby stipulate to dismissal of this action.

The parties stipulate and agree that the App Store Accountability Act, as recently amended by H.B. 498 (2026) (the "Act") does not authorize government enforcement of any of its provisions; rather, it creates only a private cause of action. Accordingly, Defendants do not have the authority, and will not seek, to enforce the Act directly or as an asserted basis for liability under any other statute or authority, including the common law. This stipulation does not limit Defendants' ability to enforce any other provision of Utah law independent of the Act.

Respectfully submitted this April 21, 2026.

Derek Brown
Utah Attorney General

*/s/ Lance Sorenson*
LANCE SORENSON
Assistant Utah Attorney General
*Attorney for Defendants*

WILSON SONSINI

*/s/ Elizabeth Sharkey*
ELIZABETH SHARKEY
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2026, a true and correct copy of the foregoing, *Stipulated*

*Voluntary Dismissal* was filed using the Court's electronic filing system, which gave notice to

the following:

**Brian M. Willen**
WILSON SONSINI GOODRICH &
ROSATI PC
31 W 52ND ST STE 5TH FL
NEW YORK, NY 10019-6118
212-999-5800
Email: bwillen@wsgr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward P. Percarpio**
WILSON SONSINI GOODRICH &
ROSATI PC
1700 K ST NW
WASHINGTON, DC 20006
202-973-8898
Fax: 866-974-7329
Email: epercarpio@wsgr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Sharkey**
WILSON SONSINI GOODRICH &
ROSATI
95 S STATE ST STE 1000
SALT LAKE CITY, UT 84111
801-401-5511
Email: esharkey@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Gallo White**
WILSON SONSINI GOODRICH &
ROSATA PC
1 MARKET PLZ STE 3300
SAN FRANCISCO, CA 94105
415-947-2000
Fax: 415-947-2099
Email: lwhite@wsgr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deno G. Himonas**
WILSON SONSINI GOODRICH &
ROSATI
95 S STATE ST STE 1000
SALT LAKE CITY, UT 84111
801-971-4544
Email: dhimonas@wsgr.com
*ATTORNEY TO BE NOTICED*

*/s/ Mariann Christesen*
Mariann Christesen
Legal Assistant